GRASS CREEK OIL AND GAS COMPANY, A CORPORATION, APPELLANT, v. MUSSELSHELL COUNTY, MONTANA, ET AL., RESPONDENTS.

No. 9006.

Submitted December 4, 1950. Decided March 23, 1951.

228 Pac. (2d) 968.

Mr. E. K. Cheadle, Helena, Mr. Fred G. Huntington, Billings, for appellant.

Mr. C. F. Maris, and Mr. W. W. Mercer and Mr. W. S. Mather, Roundup, Mr. Ralph J. Anderson, Mr. Albert C. Angstman, Helena, for Roman Catholic Bishop and others.

Mr. H. J. Coleman, Messrs. Coleman, Jameson and Lamey, Billings, for Texas Co.

Mr. A. G. McNaught, Roundup, for Musselshell County.

Mr. W. B. Leavitt, Miles City, and Mr. G. J. Jeffries, Roundup, for Hinton.

Mr. Cheadle, Mr. Anderson and Mr. Coleman argued orally.

MR. JUSTICE FREEBOURN:

Grass Creek Oil and Gas Company, plaintiff and appellant,

brought this action to quiet title to an undivided one-half interest in all oil, gas and other minerals underlying the S½SW¼, NE¼SW¼, W½SE¼, section 24, township 10 north, range 26 east, M. P. M., in Musselshell county, Montana. From a judgment in favor of defendants, plaintiff has appealed.

The issues made by the pleadings and the rights claimed in this case were settled in Hinton v. Staunton, Mont. 228 Pac. (2d) 461, except as to the Texas Oil Company which holds by virtue of leases from certain of the defendants.

For the reasons stated and upon the authorities cited in Hinton v. Staunton, supra, the judgment of the lower court is affirmed.

MR. CHIEF JUSTICE ADAIR, and ASSOCIATE JUSTICES METCALF, BOTTOMLY and ANGSTMAN, concur.